UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV11-3623 CBM(CWx) | Date | Mar. 21, 2012 |
|---|---|---|---|
| Title | Eliot Cohen vs UBS Financial Services, Inc., et al | | |

| Present: The Honorable | CONSUELO B. MARSHALL |
|---|---|

| Joseph M. Levario | Michelle Ortega |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Betsy C. Manifold | John S. Battenfeld |
| | Kathy H. Gao |

**Proceedings:** Motion of Defendants UBS Financial Services, Inc. and UBS AG to Dismiss, Stay or Transfer Action (#25)

Case called, counsel announced their appearances, arguments held. Motion to Transfer Action (#25) is GRANTED pursuant to the First to File Rule and 28 U.S.C. 1404(a). Motions to Dismiss and to Stay are denied as moot. This Action is hereby transferred to the Southern District of New York. (JS-6)

|  | 00 | : | 25 |
|---|---|---|---|
| | Initials of Preparer | | JL |